IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TREESDALE, INC.; <br> METALS PURIFYING COMPANY, INC., <br> Plaintiffs <br> <br> vs. <br> <br> TIG INSURANCE COMPANY formerly <br> known as INTERNATIONAL INSURANCE <br> COMPANY; <br> Defendant | 2:08cv701 <br> Electronic Filing <br> <br> Judge David Stewart Cercone/ <br> Chief Magistrate Judge Amy Reynolds Hay |

## MEMORANDUM ORDER

AND NOW, this 25th day of January, 2010, following the filing of a Complaint [Doc. 1], an Amended Complaint [Doc. 33], the Plaintiffs' Motion for Partial Judgment on the Pleadings [Doc. 35], a Report and Recommendation that the Motion be granted [Doc. 60], the Defendants' Motion for Reconsideration [Doc. 63], the Plaintiffs' response thereto [Doc. 65], an Order by the Magistrate Judge vacating the Report and Recommendation [Doc. 69], a second Report and Recommendation that the Motion for Judgment on the Pleadings be denied [Doc.70], the Plaintiffs' Objections to the second Report and Recommendation [Doc. 71] and the Defendants' Response to those Objections [Doc. 72], upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [Doc. 70], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Partial Judgment on the Pleadings filed by the Plaintiffs [Doc. 35] is DENIED.

_DS Cercone_
David Stewart Cercone
United States District Judge

cc: Honorable Amy Reynolds Hay
Chief United States Magistrate Judge

Counsel of record via CM-ECF